B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Mayelin Gonzalez**  
Debtor(s)

Case No.  **13-26597**  
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:** <br> **Wfhm** | **Describe Property Securing Debt:** <br> **2420 SW 99th Avenue, Miami, FL 33165-2635** <br> **Legal Description: GAR-MON SUB PB 110-75 LOT 2 BLK 1 LOT SIZE 79.77 X 159.70 OR 19203-3919 07 2000 1 COC 24716-0693 06 2006 5 OR 28080-3533 0412 11** <br> **- Valuation obtained from Miami Dade County Prop** |
|---|---|

Property will be (check one):  
☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES            ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 15, 2013**    Signature    **/s/ Mayelin Gonzalez**  
                                                    **Mayelin Gonzalez**  
                                                    Debtor